TIMOTHY DWYER, PLAINTIFF IN ERROR, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Gilbert Collins.*

For the defendant in error, *Cortlandt Parker.*

PER CURIAM.   The judgment of the Supreme Court should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE.   10.